GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: BRANDON H. COWART
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2693
Facsimile: (212) 637-2702
E-mail: brandon.cowart@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD TURNER,

           Plaintiff,

   -against-

ROBERT L. WILKIE, SECRETARY, U.S
DEPARTMENT OF VETERANS AFFAIRS,

           Defendant.

Case No. 18 CV 4038 (LMS)

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of Defendants' Motion For Summary Judgment, (2) a copy of all unpublished decisions, (3) Notice to *Pro Se* Litigant Pursuant to Local Civil Rule 56.2, (4) Declaration of Anne Bistline, dated April 17, 2020; (5) Declaration of Patricia Cole, dated April 17, 2020; (6) Declaration of Lucille Donovan, dated April 17, 2020; (7) Declaration of Brandon Cowart, dated April 17, 2020 (the "Cowart Decl."), and (6) Defendant's Local Rule 56.1 Statement, Defendant will move this Court for dismissal of the above-captioned complaint under Federal Rule of Civil Procedure 56.

Dated: New York, New York
       April 17, 2020

                      GEOFFREY S. BERMAN
                      United States Attorney for the
                      Southern District of New York
                          *Attorney for Defendant*


By: /s/ Brandon H. Cowart
     BRANDON H. COWART
     Assistant United States Attorney
     86 Chambers Street, Third Floor
     New York, New York 10007
     Telephone:  (212) 637-2693
     Facsimile:  (212) 637-2686
     Email:  brandon.cowart@usdoj.gov