UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD G. TURNER,

                Plaintiff,

- against –                        18 CV 4038 (LMS)

ROBERT L. WILKIE,                        ORDER
    Acting Secretary, United States Department of
        Veterans Affairs,

                Defendant.

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

        On April 22, 2020, Defendant filed its Motion for Summary Judgment (Docket No. 51), Memorandum of Law in Support (Docket No. 52), four Declarations including exhibits (Docket Nos. 53-56), and a Rule 56.1 Statement (Docket No. 47). Defendant's filings included numerous redactions. On that same date, Defendant filed two letter motions (Docket Nos. 58, 59) requesting that the Court allow Defendant to redact certain personal information about third parties contained in its moving papers and exhibits. The Court HEREBY ORDERS Plaintiff to respond to Defendant's request to allow redactions by no later than **May 11, 2020**. Copies of this order will be sent by chambers to pro se Plaintiff of record.

Dated: April 24, 2020
        White Plains, New York        SO ORDERED,

                                            Lisa Margaret Smith
                                            United States Magistrate Judge
                                            Southern District of New York

---

[1] The parties consented to the undersigned's jurisdiction pursuant to 28 U.S.C. § 636(c) on February 8, 2019. Docket No. 27.