UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD G. TURNER

                Plaintiff,

    - against –                                18 CV 4038 (LMS)

ROBERT L. WILKIE, Secretary, United States         **ORDER**
Department of Veterans Affairs

                Defendant.

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

Defendant's motions[2] to file redacted documents (ECF Nos. 58, 59) in support of its motion for summary judgment is unopposed. ECF No. 62 ("I hereby agree for you to do the redactions mentioned to me in your email."). Therefore, Defendant's motions are **GRANTED**. Defendant is directed to file unredacted copies of these documents in accordance with the undersigned's individual rules for filing documents under seal. The in-person status conference scheduled for Tuesday, June 9, 2020, at 10:00 a.m. is adjourned to Thursday, July 16, 2020, at 10:00 a.m. for a telephonic status conference before the undersigned. A copy of this order has been mailed by chambers to pro se Plaintiff of record.

---

[1] The parties consented to the undersigned's exercise of jurisdiction over this matter pursuant to 28 U.S.C. § 636(c) on February 8, 2019. ECF No. 27.

[2] The motions are incorrectly identified as motions to seal on the electronic docket sheet.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 58 and 59.

Dated: June 4, 2020
      White Plains, New York

**SO ORDERED,**

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

2