

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 23, 2021

**By Federal Express**
Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building & Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:   *Turner v. McDonough*, Case No. 18 CV 4038 (AEK)

Dear Judge Krause:

      This Office represents Denis McDonough, Secretary, United States Department of Veterans Affairs, in this discrimination action brought by pro se plaintiff Ronald Turner.[1] On consent, I write concerning a scheduling conflict with an upcoming status conference before the Court on February 25 at 2 p.m. At the same time the undersigned has a settlement mediation in another case which was scheduled before the February 25 conference. I respectfully request that the February 25 conference be adjourned. Per Your Honor's Individual Rules of Practice, the parties respectfully inform the Court that they are available for a conference on March 19 from 10 a.m. to 3:30 p.m., and March 26 from 1:00 p.m. to 3:30 p.m.

      Respectfully,

      AUDREY STRAUSS
      United States Attorney for the
      Southern District of New York
        *Attorney for Defendant*

By:  */s/ Brandon Cowart*
      BRANDON H. COWART
      Assistant United States Attorney
      Telephone: (212) 637-2693
      Fax.: (212) 637-2702
      Email: brandon.cowart@usdoj.gov

---

[1] Denis McDonough was sworn in as the Secretary of Veterans Affairs on February 11, 2021. Per Federal Rule of Civil Procedure 25(d), Secretary McDonough is automatically substituted as a party in place of Robert Wilkie, the former Secretary of Veterans Affairs.

2

cc: By Federal Express & Email
Ronald Turner
10 Springvale Rd. Apt. J
Croton-On-Hudson, NY 10520
  *Pro se Plaintiff*

APPLICATION GRANTED. The February 25, 2021 conference is hereby adjourned to March 19, 2021 at 10:00 a.m. To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should the *pro se* Plaintiff or counsel for Defendant experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070. Counsel for Defendant is directed to notify Plaintiff of the rescheduled conference promptly upon receipt of this order. The Clerk of the Court is directed to mail a copy of this Order to the *pro se* Plaintiff.
Dated: February 23, 2021

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge