Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Margaret Larkin
Associate
212 390 9070
mlarkin@selendygay.com



July 14, 2021

**Via ECF**

Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building & Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *Turner v. McDonough, Case No. 18-cv-4038 (AEK)*

Dear Judge Krause,

We were recently retained as *pro bono* counsel to represent Plaintiff Ronald G. Turner in the above-referenced action. Although counsel for both sides have been working diligently and cooperatively to determine witness availability for trial, summer vacations and our recent retention have precluded counsel from obtaining sufficient scheduling information to inform the Court about trial witness availability during the status conference currently scheduled for Friday, July 16, 2021, at 10:00 a.m. We write respectfully to seek an adjournment of the conference to Wednesday, August 11, 2021, Thursday, August 12, 2021, or any date thereafter on which the Court is available. This is the first request for adjournment of this status conference. All parties consent to this request.

Respectfully submitted,

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

The letter motion to adjourn the July 16 conference is GRANTED. The Court is not available to schedule a conference at any point during the week of August 9. The plan for this case has been to request a trial date for the 4th quarter of 2021. In order for the Court to submit that request in accordance with the Court's internal administrative deadlines, the Court would have to schedule a conference to discuss availability no later than the week of August 2. If the parties prefer to request a trial date for the 1st quarter of 2022, the status conference can be adjourned until September. The parties are directed to confer and to notify the Court no later than Wednesday, July 20, 2021 as to the preferred timing for trial, and to propose appropriate dates for a status conference either during the week of August 2 or at some point in September. If the parties cannot agree on the timing for trial, we will proceed with the original plan to request a trial date for the 4th quarter of 2021, and will schedule a conference for the week of August 2.
Dated: July 15, 2021