UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Ronald G. Turner,

                          Plaintiff,                      **ORDER**

            -against-                                18 Civ. 4038 (AEK)

Denis R. McDonough,
*Secretary, United States Department of*
*Veterans Affairs*,[1]

                        Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       This case is now scheduled to proceed to trial beginning with jury selection on **Wednesday, November 10, 2021**. This is a **firm trial date** based on numerous scheduling considerations for the use of courtroom and jury selection space. The trial will take place in Courtroom 218 at the Honorable Charles L. Brieant Federal Courthouse, 300 Quarropas Street, White Plains, NY 10601.

       As discussed at the August 6, 2021 status conference, pretrial submissions are due on September 29, 2021, and opposition briefs in response to any motions *in limine* are due on October 13, 2021. The parties should consult the Court's Individual Practices at https://nysd.uscourts.gov/hon-andrew-e-krause for detailed information on what must be included in the September 29, 2021 submissions.

       An in-person final pretrial conference is scheduled for Thursday, October 28, 2021 at 10:00 a.m. at the White Plains courthouse in Courtroom 250. The parties must submit a joint

---

[1] Denis R. McDonough, who became the Secretary of Veterans Affairs on February 9, 2021, is automatically substituted herein as the Defendant in place of originally named Defendant Robert L. Wilkie pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

letter on or before Thursday, October 21, 2021, outlining any issues they would like to address at the final pretrial conference.

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. On the day you are due to arrive at the courthouse, click on the following link: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the entry device at the courthouse entrance. If you do not meet the necessary requirements, please contact Chambers at (914) 390-4070.

The Clerk of the Court is respectfully directed to update the docket to reflect the substitution of Denis R. McDonough, Secretary of Veterans Affairs, for Robert L. Wilkie as the defendant in this action.

Dated: September 7, 2021
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge