UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

RONALD G. TURNER,

                       Plaintiff,

     -against-

DENIS R. MCDONOUGH,
*Secretary of Veterans Affairs*,

                     Defendant.
-----------------------------------------------------------------x

18 Civ. 4038 (AEK)

**JUDGMENT**

     **WHEREAS**, Plaintiff Ronald Turner("Plaintiff") brought the above-entitled action against Defendant Robert L. Wilkie, who was then the Acting Secretary of the United States Department of Veterans Affairs;

     **WHEREAS**, Denis R. McDonough ("Defendant"), who became the Secretary of United States Department of Veterans Affairs in February 2021, was automatically substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure;

     **WHEREAS**, this action was assigned to the Honorable Lisa Margaret Smith, United States Magistrate Judge, by consent of the parties pursuant to 28 U.S.C. § 636(c) (ECF No. 61), and reassigned to the undersigned on October 15, 2020;

     **WHEREAS**, this action proceeded to a jury trial on November 10, 2021;

     **WHEREAS**, on November 18, 2021, the jury reached a unanimous verdict in favor of Defendant on the claim presented to the jury;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Defendant with respect to Plaintiff's claim.  Accordingly, the Clerk is respectfully requested to close the case.

Dated: November 19, 2021
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge